UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CISCO SYSTEMS, INC.,

    Plaintiff,

vs.        Case No. 17-13770

CHRIMAR SYSTEMS, INC.,        HON. AVERN COHN

    Defendant.
_____/

HEWLETT PACKARD ENTERPRISE COMPANY,
HP INC., f/k/a HEWLETT-PACKARD COMPANY,
and ARUBA NETWORKS, INC.,

    Plaintiffs,

vs.        Case No. 17-13784

CHRIMAR SYSTEMS, INC.,        HON. AVERN COHN

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

These are patent cases. Both cases concern the same patented technology.

Accordingly, the cases are CONSOLIDATED. All proceedings shall be docketed under the lead case, case no. 17-13770.

                              s/Avern Cohn
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

Dated: March 8, 2018
       Detroit, Michigan